# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT MANN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-CV-336-NJR-DGW |
| VIPIN SHAH, MICHAEL SCOTT, DAN VACEL, TRACY PEEK, CHRISTINE BROWN, JANE DOE, and KAREN JAIMET, | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff Robert Mann filed this *pro se* lawsuit pursuant to 42 U.S.C. § 1983 against various prison officials for denying him treatment for a torn rotator cuff while he was an inmate of the Illinois Department of Corrections housed at Pinckneyville Correctional Center (Doc. 1; Doc. 9).[1] The case is currently before the Court on a Report and Recommendation entered by Magistrate Judge Donald G. Wilkerson on June 12, 2018 (Doc. 55).

In the Report and Recommendation, Magistrate Judge Wilkerson recommends granting the motion to dismiss for lack of prosecution filed by Defendants Christine Brown and Karen Jaimet, and joined by Defendants Dan Vacel, Tracy Peek, Michael Scott, and Vipin Shah (Doc. 55). In a nutshell, Defendants seeks dismissal because Mann

---

[1] Mann was released from custody shortly after he filed this lawsuit (*see* Doc. 7).

failed to provide certain disclosures and respond to discovery requests by the original deadline or the extended deadline set by the Court (Docs. 43, 44, 46). Mann also failed to respond to Defendants' motion to compel or their motion to dismiss for lack of prosecution. And he did not file an objection to Magistrate Judge Wilkerson's recommendation that this case be dismissed with prejudice for failure to prosecute by the deadline on June 29, 2018 (Doc. 55). In fact, based on a review of the docket, it appears the Court has not heard from Mann since shortly after he filed this case in April 2017 (*see* Doc. 7).

Because no party has filed an objection, the undersigned need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*.") (emphasis added). *See also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

The undersigned accordingly **ADOPTS** in its entirety Magistrate Judge Wilkerson's Report and Recommendation (Doc. 55). The Motion for Joinder (Doc. 47) is **GRANTED**, and the Motion to Dismiss for Lack of Prosecution (Doc. 45) is also **GRANTED**. This action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:** July 10, 2018

                                                  s/ Nancy J. Rosenstengel
                                                  **NANCY J. ROSENSTENGEL**
                                                  **United States District Judge**